# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILLENNIUM1002 LLC,** | CASE NO. 18-cv-06684-YGR |
| Plaintiff, | |
| vs. | **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING RE: SETTLEMENT** |
| **MISSION STREET DEVELOPMENT LLC, ET AL.,** | |
| Defendants. | |

The parties have notified the Court that the above-captioned case has settled. (Dkt. No. 47.) Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, April 3, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: January 7, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**